

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2021

No. 04-20-00612-CR

David Rivera **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5189
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The trial court imposed sentence on November 13, 2020. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on December 14, 2020. TEX. R. APP. P. 26.2(a)(1). Appellant did not file a motion for extension of time to file the notice of appeal. TEX. R. APP. P. 26.3. Appellant filed his pro se notice of appeal on December 22, 2020.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P. 26.2(a)(1)). Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

On December 29, 2020, this court ordered appellant to show cause on or before January 12, 2021 why this appeal should not be dismissed for lack of jurisdiction, and we suspended all appellate deadlines until further order of the court. In the meantime, appellant's trial counsel, Ms. Cathy Compton, filed a motion to withdraw as counsel stating she is not appellant's appellate attorney and appellant retained new counsel, Mr. Robert Maurer, on October 12, 2020. Ms. Compton also stated Mr. Maurer has also filed a motion to withdraw.

On January 7, 2021, this court issued an order denying Ms. Compton's motion to withdraw and abating the cause to the trial court for certain findings. On January 29, 2021, the trial court filed the following findings: (1) Dean Diachin, Bexar County Public Defender's

Office, was appointed appellate counsel for appellant, (2) Ms. Compton was allowed to withdraw as counsel, and (3) Mr. Mauer was allowed to withdraw as counsel.

We ORDER Mr. Diachin to file a written response on appellant's behalf showing cause, **no later than February 11, 2021**, why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines remain suspended until further order of the court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court